Argued and submitted March 22, judgments vacated and remanded May 15, 1991

In the Matter of the Marriage of

Gayle L. PELFREY,
*Petitioner,*

*and*

Henry H. PELFREY,
*Respondent.*

STATE ex rel Gayle L. PELFREY,
*Respondent,*

*v.*

Henry H. PELFREY,
*Appellant.*

(D8910-67993; CA A64838)

810 P2d 412

Lawrence D. Gorin, Portland, argued the cause for appellant. With him on the brief was Keller, Gottlieb & Gorin, Portland.

Meg E. Kieran, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Joseph, Chief Judge, and Riggs, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals two judgments for contempt of court, arising out of two separate violations of an order issued under the Abuse Prevention Act. ORS 107.00 *et seq.* He contends that the trial courts erred because, although they both found that his actions were done wilfully, they failed to make a finding of bad intent to support the contempt judgments. We agree. *State ex rel Oregon State Bar v. Wright,* 280 Or 713, 573 P2d 294 (1977); *Couey and Couey,* 105 Or App 478, 805 P2d 716 (1991). Accordingly, we vacate the judgments and remand for findings on the issue of bad intent. If the courts find the requisite bad intent, the judgments shall be reinstated. Defendant's remaining assignments are without merit.

Judgments vacated and remanded for proceedings not inconsistent with this opinion.